85 So.2d 896

## Travis PARKER

v.

## GENERAL FINANCE CO. OF HUNTSVILLE, Inc., d/b/a Community Finance Co.

### 8 Div. 662.

Court of Appeals of Alabama.

March 6, 1956.

Thos. C. Pettus, Moulton, for appellant.

Calvin & Bloodworth, Decatur, for appellee.

PRICE, Judge.

There is no assignment of error in the record, therefore, there is no basis for review by this court. The failure of appellant to assign errors requires affirmance of the judgment appealed from. Supreme Court Rule 1, Title 7, Appendix Code 1940; Wetzel v. Hobbs, 249 Ala. 434, 31 So.2d 639; Dobson v. Deason, 258 Ala. 219, 61 So.2d 764.

Affirmed.